UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID MORDAUNT, Ph.D., | Case No. C-13-02026-RMW |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER** |
| BAUSCH & LOMB, INC., and DOES 1-25, | |
| Defendants. | [Re Docket No. 16] |

Defendant Bausch & Lomb moves to transfer this action to the Central District of California for convenience, pursuant to 28 U.S.C. § 1404(a). As explained at the hearing on November 15, 2013, the court finds that the convenience to the witnesses favors transfer and outweighs plaintiff's choice of forum. S*ee Clark v. Sprint Spectrum L.P.*, Case No. C-10-03625 SI, 2010 WL 5173872 (N.D. Cal. Dec. 15, 2010) (convenience to the witnesses, especially to non-party witnesses, is often the most important factor). Accordingly, the court grants Bausch & Lomb's motion to transfer the case to the Central District of California.

Discovery may commence as agreed by the parties.

Dated: November 15, 2013

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge

ORDER
Case No. C-13-02026-RMW
AAB/SW
- 1 -